AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:10-M -01483(1) |
| | § |
| (1) ROBERTO GARCIA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 25, 2010** in **Uvalde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowing or in reckless disregard of the fact that certain aliens, Luis Antonio RODRIGUEZ-Ortiz, have come to, entered, or remained in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, a felony,.

in violation of Title     **8**     United States Code, Section(s)    **1324(a)(1)(A)(ii)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On February 25, 2010, the defendant, Roberto GARCIA, was arrested on Highway 83 near Uvalde, Texas transporting five undocumented aliens to San Antonio, Texas for an average fee of $1000.00. The Material witness will testify to the fact that defendant picked him at a predetermined location near Crystal City, Texas.

Sworn to before me and subscribed in my presence,

Signature of Complainant

03/01/2010                                                          at    DEL RIO, Texas
File Date                                                                  City and State

VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE                                Signature of Judicial Officer